UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Na.S., *on behalf of herself and her minor child, Ni.S.*,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and CHANCELLOR RICHARD CARRANZA, *in his official capacity*.,

                Defendants.

**ORDER**

21 Civ. 2183 (ER)

    The Court having been advised that parties are discussing the prospects of an early resolution of this matter with respect to all claims asserted herein, *see* Doc. 30, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated **within forty-five (45) days** of the date hereof.

    Any application to reopen must be filed **within forty-five (45) days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court **within the next forty-five (45) days** with a request that the agreement be "so ordered" by the Court.

    SO ORDERED.

Dated:  September 2, 2022
           New York, New York

                                        Edgardo Ramos, U.S.D.J.