**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2023

| | |
|---|---|
| **Na.S., on behalf of herself and her minor child, Ni.S.,** | |
| Plaintiffs, | **1:21-cv-02183 (ER) (SDA)** |
| -against- | **ORDER SCHEDULING** |
| **New York City Department of Education et al.,** | <u>**SETTLEMENT CONFERENCE**</u> |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, January 9, 2024, at 2:00 p.m. The settlement shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. Except as otherwise directed by the Court, the parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, January 2, 2024).

**SO ORDERED.**

Dated:      New York, New York
            December 21, 2023

_____
STEWART D. AARON
United States Magistrate Judge